OPINION — AG — CITIZENS AND TAXPAYERS OF THE STATE OF OKLAHOMA ARE ENTITLED TO INSPECT APPLICATIONS SUBMITTED TO THE OKLAHOMA MOTOR VEHICLE COMMISSION FOR A NEW AND UNUSED VEHICLE DEALER'S LICENSE, INCLUDING THE FINANCIAL STATEMENTS ATTACHED THERETO, FOR "PROPER PURPOSES". CITE: 51 O.S. 1961 24 [51-24], 67 O.S. 1961 209 [67-209], 47 O.S. 1961 564 [47-564] (HARVEY CODY)